IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | CHAD E SCHMIDT | : | Chapter: | 13 |
| | | : | | |
| | | : | | |
| | | : | | |
| | | : | CASE NO: | 1:11-08021-MDF |
| | | : | | |

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 9, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

    3936 E FT. LOWELL, SUITE 200

    TUCSON, AZ  85712

New Address for Notices and Payments:

    eCast Settlement Corporation

    PO Box 28136

    New York, NY 10087-8136

    610-228-2570

    proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

DATE: 7/14/2016