Certificate Number: 06501-PAM-DE-028094313

Bankruptcy Case Number: 11-08021


06501-PAM-DE-028094313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 21, 2016</u>, at <u>12:54</u> o'clock <u>PM CDT</u>, <u>Chad Schmidt</u> completed a course on personal financial management given <u>by internet</u> by <u>Arbor Investments LTD.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 21, 2016</u>    By: <u>/s/Carlo Skrupa</u>

Name: <u>Carlo Skrupa</u>

Title: <u>Program Manager</u>