```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                   Case No. 11-08021-MDF
Chad E. Schmidt                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: Dec 27, 2016
                   Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2016.
        +Conway Freight,   Payroll,   425 Church Road,   York, PA 17406-9735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2016 at the address(es) listed below:
        Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ASwartz@mwc-law.com,
         ecfmail@mwc-law.com
        Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
        Bass and Associates PC    on behalf of Creditor    HSBC Retail Credit (USA) Inc.
         ecf@bass-associates.com
        Brenda Sue Bishop    on behalf of Creditor    PA Dept of Revenue bbishop@attorneygeneral.gov,
         RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
        Jackie J DeArmond    on behalf of Debtor Chad E. Schmidt bernadette.dearmondlaw@gmail.com
        Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkjllc.com,
         chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
        Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Keith B DeArmond    on behalf of Debtor Chad E. Schmidt general.dearmondlaw@gmail.com,
         G10924@notify.cincompass.com
        Peter J Ashcroft    on behalf of Creditor    Regional Acceptance Corporation
         pashcroft@bernsteinlaw.com,
         pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
        Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@goldbecklaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                     TOTAL: 12

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    CHAD E. SCHMIDT                   CHAPTER 13
            DEBTOR(S)                    CASE NO.: 1:11-BK-08021- MDF
                                                MOTION TO TERMINATE WAGE
                                                ATTACHMENT TO PAY TRUSTEE

## ORDER TO TERMINATE PAYMENTS TO TRUSTEE

Upon consideration of the Motion to Terminate Order to Pay Trustee filed by the Debtor, Chad E. Schmidt:

**IT IS HEREBY ORDERED** that until further Order of the Court:

    Employer:   Conway Freight
    Attention:   Payroll
    Address:    425 Church Road
                      York, PA 17406

Shall no longer deduct funds from the income of Chad E. Schmidt.

By the Court,

_Mary D. France_
Bankruptcy Judge
(JG)

Dated: December 27, 2016