```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 11-08021-RNO
Chad E. Schmidt                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman        Page 1 of 1        Date Rcvd: Mar 29, 2017
                      Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db         #+Chad E. Schmidt,   2382 Warwick Road,   York, PA 17408-4387

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
           Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ASwartz@mwc-law.com,
            ecfmail@mwc-law.com
           Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
           Bass and Associates PC    on behalf of Creditor   HSBC Retail Credit (USA) Inc.
            ecf@bass-associates.com
           Brenda Sue Bishop    on behalf of Creditor   PA Dept of Revenue bbishop@attorneygeneral.gov,
            RA-occbankruptcy6@state.pa.us;vcaggiano@attorneygeneral.gov;rroberts@attorneygeneral.gov
           Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
           Jackie J DeArmond    on behalf of Debtor Chad E. Schmidt bernadette.dearmondlaw@gmail.com
           Jill Manuel-Coughlin    on behalf of Creditor   Bank of America, N.A. jill@pkjllc.com,
            chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Keith B DeArmond    on behalf of Debtor Chad E. Schmidt general.dearmondlaw@gmail.com,
            G10924@notify.cincompass.com
           Peter J Ashcroft    on behalf of Creditor   Regional Acceptance Corporation
            pashcroft@bernsteinlaw.com,
            pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
           Thomas I Puleo    on behalf of Creditor   Bank of America, N.A. tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                    TOTAL: 12

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Chad E. Schmidt  
2382 Warwick Road  
York, PA 17408

Chapter 13  
Case No. 1:11−bk−08021−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−3729

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 29, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: REshelman, Deputy Clerk